DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Olusegun Falana, | ) | |
| | ) | CASE NO. 5:08 CV 720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Kent State University, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Findings of Fact and Conclusions of Law filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED ADJUDGED AND DECREED that OLUSEGUN M. FALANA is a named inventor of United States Patent No. 6,830,789.

The Court will separately publish an Order directing the Director of the United States Patent and Trademark Office to issue a Certificate of Correction correcting the inventorship of United States Patent No. 6,830,789 by adding OLUSEGUN M. FALANA is a named inventor in accordance with this Judgment Entry.

Any fees associated with the issuance of a Certificate of Correction correcting the inventorship of United States Patent No. 6,830,789 by adding OLUSEGUN M. FALANA as a named inventor shall be paid by defendants.

IT IS SO ORDERED.

  December 14, 2010            *s/ David D. Dowd, Jr.*
Date                    David D. Dowd, Jr.
                         U.S. District Judge