DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Olusegun Falana, | ) | |
| | ) | CASE NO. 5:08 CV 720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Kent State University, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for attorney fees and costs (ECF 104) is GRANTED and plaintiff is awarded fees and costs as follows:

        Attorney Wilson: $131,523.75

        Attorney Troyer: $36,525.00

        Attorneys Sisson and Christeon: $25,482.16.

        Costs:  $1,912.80.

Further for the reasons contained in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's supplemental motion for attorney fees and costs (ECF 122) is GRANTED and plaintiff is awarded fees and costs as follows:

(5:08 CV 720)

        Attorney Wilson: $5,156.25

        Attorney Troyer: $6,581.25

        Costs: 25% of costs related to appeal.

  IT IS SO ORDERED.

| | |
|---|---|
| July 31, 2014 | s/David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |